GWENDA BROUGHTON PARADISE, petitioner-respondent,

*v.*

JAMES ALVA PARADISE, defendant-appellant.

[Argued February 12th, 1935. Decided February 12th, 1935.]

*Mr. John E. Selser,* for the appellant.

*Mr. James A. Major,* for the respondent.

PER CURIAM.

The order appealed from is reversed, because improvidently made.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.